PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
## for
## Western District of Texas

### Report on Offender Under Supervision

Name of Offender: <u>Aurora Savage Briggs</u>     Case Number: <u>A-19-MJ-758-SH</u>

Name of Sentencing Judicial Officer: <u>Honorable Robert F. Castaneda, United States Magistrate Judge, Western District of Texas, El Paso Division.</u>

Date of Original Sentence: <u>August 1, 2019</u>

Original Offense: <u>Assault on a Federal Officer, in violation of 18 U.S.C. § 111(a)</u>

Original Sentence: <u>Sentenced to two (2) years' probation. Special conditions: alcohol abstinence; mental health and substance abuse treatment.</u>

Type of Supervision: <u>Probation</u>     Date Supervision Commenced: <u>August 1, 2019</u>

---

### PREVIOUS COURT ACTION

On August 27, 2019, by way of a Report on Offender Under Supervision (Prob 12A), the Court was advised of the defendant's use of amphetamine, marijuana, and cocaine. Based on her willingness to participate in a dual diagnosis (substance abuse/mental health) program, no further action was recommended and the Court concurred.

On November 25, 2019, by way of a Report on Offender Under Supervision (Prob 12A), the Court was advised of the defendant's use of cocaine. Based on her continued enrollment in a dual diagnosis (substance abuse/mental health) program and urine surveillance, no adverse action was recommended and the Court concurred. Rather, a Transfer of Jurisdiction was initiated and executed.

On November 26, 2019, jurisdiction was transferred from the El Paso Division to the Austin Division.

## NONCOMPLIANCE SUMMARY

**Violation of Mandatory Condition No. 2:** "You must not unlawfully possess a controlled substance."

**Violation of Mandatory Condition No. 3** "You must refrain from any unlawful use of a controlled substance."

**Violation of Special Condition** "The defendant shall abstain from the use of alcohol and/or all other intoxicants during the term of supervision."

**Violation of Special Condition** "The defendant shall participate in a program approved by the Probation Officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing and examination to determine if the defendant has reverted to the use of drugs or alcohol."

**Nature of Noncompliance:** On December 13, 2019, Aurora Savage Briggs tested positive for the use of cocaine. Ms. Savage Briggs denies ingesting cocaine on or about December 13, 2019. However, she admitted to ingesting cocaine on or about December 1, 2019. Lab results remain pending.

Since the offender's return to substance abuse counseling, she has failed to report for urinalysis testing on November 27th, and December 18th, 2019. She has further failed to attend counseling sessions in November and December 2019.

**U.S. Probation Officer Action:**

The defendant has agreed she is struggling with mental health issues that require attention and further treatment. She has been scheduled for a Psychological Evaluation and psychotropic medication assessment. To her benefit, she provided several urine specimens rendering negative results.

Based on the counselor's recommendations and her willingness to be evaluated for mental health issues, this USPO is not requesting the initiation of any additional adverse action in this case. However, if she fails to attend her appointment or follow the counselor's recommendation, this office respectfully requests further Court action be taken.

Respectfully submitted,

Kathleen Dow
United States Probation Officer
Date: 1/9/2020

Approved:

Hector J. Garcia
Supervising United States Probation Officer

---

**THE COURT ORDERS:**

[X] No Action

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Honorable Susan Hightower
United States Magistrate Judge

Date: January 10, 2020