# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 1:19-MJ-00758-SH |
| | § | |
| AURORA SAVAGE BRIGGS | § | |

## ORDER REVOKING PROBATION AND RE-SENTENCING OF DEFENDANT

Before the Court is the petition of the United States Probation Office recommending that the Court revoke Defendant Aurora Savage Briggs' term of probation for a misdemeanor violation of 18 U.S.C. § 111(a), Simple Assault of a Federal Officer, on the ground that Defendant had violated the conditions of her probation.

A hearing was held on the Petition on June 27, 2022, at which appearances were made by Alan M. Buie for the United States; Defendant in person; and Jose I. Gonzalez-Falla, her counsel. Defendant entered a plea of "True" to the Petition.

Based on the plea, and having considered the Petition, the Court is of the opinion and finds that Defendant has violated the conditions of her probation. The Court concludes that the ends of justice and the best interests of the public and Defendant will not be served by continuing Defendant on probation, and accordingly **GRANTS** the Probation Office's petition seeking to revoke probation.

**ACCORDINGLY, IT IS ORDERED** that the probation term entered and included in the Judgment and Commitment entered on August 1, 2019 by the Honorable United States Magistrate Judge Robert F. Castaneda be and the same is hereby revoked and set aside.

It is now the **ORDER** and **SENTENCE** of the Court that Defendant Aurora Savage Briggs for the offense committed by her, as fully set out in the Judgment and Commitment entered on August 1, 2019, be re-sentenced and committed to the custody of the Attorney General or his authorized representative for imprisonment **for a period of THREE (3) MONTHS, with credit for time Defendant has served in custody since her arrest on April 28, 2022, with no term of supervised release to follow**.

The Clerk shall provide the United States Marshal with a copy of this Order to be the authority to said Marshal for her action in the premises. The Defendant is continued in custody pending service of the sentence.

**ORDERED IN OPEN COURT AT AUSTIN, TEXAS** this 27th day of June, 2022.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE